1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   ALEX G. TSE (CSBN152348)
3  Chief, Civil Division

4  ANN MARIE REDING (CSBN 226864)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6813
7      FAX: (415) 436-6748
       annie.reding@usdoj.gov
8
   Attorneys for Federal Defendant
9  Michael Huerta

10                          UNITED STATES DISTRICT COURT
11                         NORTHERN DISTRICT OF CALIFORNIA
12                              SAN FRANCISCO DIVISION
13

14 ALLEN WAYNE LACKEY,                    )  No. 3:12-cv-03244-RS
                                          )  [Related Case Nos.: 3:12-cv-03241-RS
15        Plaintiff,                      )  3:12-cv-03242-RS]
                                          )
16     v.                                 )  STIPULATION AND [PROPOSED]
                                          )  ORDER OF DISMISSAL WITH
17 MICHAEL HUERTA,                        )  PREJUDICE
                                          )
18        Defendant.                      )
                                          )
19                                        )
                                          )
20 _____
   ///
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27

28

STIPULATION OF DISMISSAL
3:12-cv-03241-RS, 3:12-cv-03242-RS, 3:12-cv-03244-RS      1

1  THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE
2  FOLLOWING STIPULATION:
3  Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff ALLEN WAYNE LACKEY
4  ("Plaintiff") and the UNITED STATES OF AMERICA hereby stipulate to dismiss with
5  prejudice the above-captioned action, including all claims that were asserted therein. Each party
6  will bear its own costs and attorneys' fees.

8  DATED: October 25, 2012

   DOUGLAS PHARR
   Attorney for Plaintiff Allen Wayne Lackey

10 DATED: October 26, 2012

   Ann Marie Reding
   Assistant United States Attorney
   Attorney for Defendant

### [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

Dated: 10/30/12

HON. RICHARD SEEBORG
United States District Judge

STIPULATION OF DISMISSAL
3:12-cv-03241-RS, 3:12-cv-03242-RS, 3:12-cv-03244-RS    2