MELINDA HAAG (CSBN 132612)
United States Attorney

ALEX G. TSE (CSBN 152348)
Chief, Civil Division

ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6813
FAX: (415) 436-6748
annie.reding@usdoj.gov

Attorneys for Federal Defendant
Michael Huerta

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLEN WAYNE LACKEY,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL HUERTA,<br><br>    Defendant. | No. 3:12-cv-03244-RS<br>[Related Case Nos.: 3:12-cv-03241-RS<br>3:12-cv-03242-RS]<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL WITH<br>PREJUDICE** |

///
///
///
///
///
///
///

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff ALLEN WAYNE LACKEY ("Plaintiff") and the UNITED STATES OF AMERICA hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorneys' fees.

DATED: October 25, 2012

DOUGLAS PHARR
Attorney for Plaintiff Allen Wayne Lackey

DATED: October 26, 2012

Ann Marie Reding
Assistant United States Attorney
Attorney for Defendant

### [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

Dated: 10/30/12

HON. RICHARD SEEBORG
United States District Judge

STIPULATION OF DISMISSAL
3:12-cv-03241-RS, 3:12-cv-03242-RS, 3:12-cv-03244-RS    2